Form OFFbus

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Eyematic, Inc. | Case No.: 08–45218 EDJ 7 |
| Debtor(s) | Chapter: 7 |

## ORDER TO FILE REQUIRED DOCUMENTS

The debtor(s) named above failed to file the documents listed below.

- ☐ List of Creditors
- ☐ List of Creditors Holding 20 Largest Unsecured Claims (Official Form 4)
- ☐ Summary of Schedules (Official Form 6)
- ☐ Schedule A – Real Property (Official Form 6)
- ☐ Schedule B – Personal Property (Official Form 6)
- ☐ Schedule C – Property of Claimed as Exempt (Official Form 6)
- ☐ Schedule D – Creditors Holding Secured Claims (Official Form 6)
- ☐ Schedule E – Creditors Holding Unsecured Priority Claims (Official Form 6)
- ☐ Schedule F – Creditors Holding Unsecured Nonpriority Claims (Official Form 6)
- ☐ Schedule G – Executory Contracts and Unexpired Leases (Official Form 6)
- ☐ Schedule H – Codebtors (Official Form 6)
- ☐ Schedule I – Current Income of Individual Debtor(s) (Official Form 6)
- ☐ Schedule J – Current Expenditures of Individual Debtor(s) (Official Form 6)
- ☐ Declaration Concerning Debtor's Schedules (Official Form 6)
- ☑ Statement of Financial Affairs (Official Form 7)
- ☐ Statement of Current Monthly Income (Form B22B)
- ☐ Chapter 12 Plan (90 day deadline)

- ☐

IT IS HEREBY ORDERED that unless within 15 DAYS OF THE DATE OF THIS ORDER, the debtor(s) either: (a) files the documents listed above; (b) files a written request to extend the time to do so; or (c) files a written request for an order excusing the filing of the documents, the court MAY DISMISS this case without further notice or hearing.

Dated: 9/19/08    By the Court:

Edward D. Jellen
United States Bankruptcy Judge